**DISMISS and Opinion Filed June 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00453-CV**

**TITO E. MARRERO, Appellant**
**V.**
**ATTORNEY MICHAEL CRAMER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-15862**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's June 5, 2023 motion to withdraw his appeal.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230453F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TITO E. MARRERO, Appellant

No. 05-23-00453-CV     V.

ATTORNEY MICHAEL CRAMER,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-15862.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Attorney Michael Cramer recover his costs, if any, of this appeal from appellant Tito E. Marrero.

Judgment entered June 8, 2023